No. 93-1917. SHONG-CHING TONG v. ASSURED THRIFT & LOAN ASSN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93-1918. LANKFORD v. DOE. C. A. 5th Cir. Certiorari denied.

No. 93-1921. ALEOTTI v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93-1922. MARYLAND v. SIMMONS. Ct. App. Md. Certiorari denied.

No. 93-1923. AYUDA, INC., ET AL. v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93-1924. MITCHELL v. ALLSTATE LIFE INSURANCE CO., NORTHBROOK, ILLINOIS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93-1925. MUSEMECHE v. CHARTER NATIONAL BANK-WESTHEIMER. C. A. 5th Cir. Certiorari denied.

No. 93-1926. NATIONAL RIFLE ASSOCIATION OF AMERICA v. HANDGUN CONTROL FEDERATION OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 93-1927. OMNITECH INTERNATIONAL, INC. v. CLOROX CO. C. A. 5th Cir. Certiorari denied.

No. 93-1928. MORETTI v. ZISA ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-1929. VENEZIA v. ROBINSON. C. A. 7th Cir. Certiorari denied.

No. 93-1930. BOUTTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93-1931. FOWLER v. VANMETER ET AL. C. A. 11th Cir. Certiorari denied.

No. 93-1932. ETIM ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.